# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RICHARD RIVERA,

    Plaintiff,

vs.                                             CASE NO. 6:08-CV-369-ORL-19KRS

PAVER PERFORMANCE, INC.,
WAM TRUCKING, LLC,
GARY MANNEY,

    Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28, filed September 11, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 28) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 27, filed September 8, 2008) is **GRANTED.** The overtime compensation Plaintiff Richard Rivera will receive pursuant to the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. However this Court declines to reserve jurisdiction to enforce the settlement agreement. This case is **DISMISSED WITH PREJUDICE** as to all parties, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   22nd   day of September, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record